UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | |
| Plaintiff, | CASE NO. 2:19-CV-11037 |
| v. | HON. JUDITH E. LEVY |
| THE NEIMAN MARCUS GROUP LLC, | MAGISTRATE JUDGE STEPHANIE DAWKINS DAVIS |
| Defendant. | |

| | |
|---|---|
| BLACKMORE LAW PLC<br>Gloria Y. Saad (P83131)<br>Attorneys for Plaintiff<br>21411 Civic Center Drive, Suite 200<br>Southfield, MI  48076<br>(833) 343-6743<br>gsaad@blackmorelawplc.com | JACKSON LEWIS P.C.<br>Tiffany Buckley-Norwood (P69807)<br>Daniel C. Waslawski (P78037)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 963-1900<br>tiffany.buckley@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com |

**STIPULATION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

The parties, through their respective attorneys, stipulate and agree to a dismissal of Plaintiff's Complaint in its entirety with prejudice and with each party to bear his or its own attorneys' fees and costs. The parties further stipulate and agree that entry of this Order will resolve all pending claims and close the case.

1

STIPULATED AND AGREED TO BY:

By: /s/ George T. Blackmore (w/consent)
BLACKMORE LAW PLC
George T. Blackmore (P76942)
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI  48076
(248) 845-8594
george@blackmorelawplc.com

By: /s/ Daniel C. Waslawski
JACKSON LEWIS P.C.
Tiffany Buckley-Norwood (P69807)
Daniel C. Waslawski (P78037)
Attorneys for Defendant
2000 Town Center, Suite 1650
Southfield, MI 48075
(248) 963-1900
Tiffany.Buckley@jacksonlewis.com
Daniel.Waslawski@jacksonlewis.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| HOWARD COHAN,<br><br>　　　　Plaintiff,<br>v.<br><br>THE NEIMAN MARCUS GROUP LLC,<br><br>　　　　Defendant. | CASE NO. 2:19-CV-11037<br><br>HON. JUDITH E. LEVY<br><br>MAGISTRATE JUDGE<br>STEPHANIE DAWKINS DAVIS |

| | |
|---|---|
| BLACKMORE LAW PLC<br>Gloria Y. Saad (P83131)<br>Attorneys for Plaintiff<br>21411 Civic Center Drive, Suite 200<br>Southfield, MI  48076<br>(833) 343-6743<br>gsaad@blackmorelawplc.com | JACKSON LEWIS P.C.<br>Tiffany Buckley-Norwood (P69807)<br>Daniel C. Waslawski (P78037)<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 963-1900<br>tiffany.buckley@jacksonlewis.com<br>daniel.waslawski@jacksonlewis.com |

**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE AND WITHOUT ATTORNEYS' FEES OR COSTS**

Pursuant to the stipulation of the parties; IT IS HEREBY ORDERED that Plaintiff's Complaint is dismissed with prejudice and with each party to bear his or its own attorneys' fees and costs.  Entry of this order resolves all pending claims and closes the case.

Date: April 21, 2020

s/Judith E. Levy
United States District Judge